UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-50-LM-01 |
| | ) | |
| **MARSHALL DIMICK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)
Possession with Intent to Distribute Controlled Substances

On or about July 9, 2020, in the District of New Hampshire, the defendant,

MARSHALL DIMICK,

did knowingly and intentionally possess with intent to distribute controlled substances, specifically, heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT TWO
18 U.S.C. §§ 922(g)(1) & 924(a)(2)
Felon in Possession of a Firearm and Ammunition

On or about July 9, 2020, in the District of New Hampshire, the defendant,

MARSHALL DIMICK,

knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, namely, a .380 caliber Taurus handgun bearing serial number 1D040740, and ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT THREE**
18 U.S.C. § 924(c)(1)(A)(i)
Carrying and Possessing a Firearm During, in Relation to, and
in Furtherance of a Drug Trafficking Crime

On or about July 9, 2020, in the District of New Hampshire, the defendant,

MARSHALL DIMICK,

did knowingly carry and possess a firearm, namely, a .380 caliber Taurus handgun bearing serial number 1D040740, during, in relation to, and in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, Possession with Intent to Distribute Controlled Substances as charged in Count 1 of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**NOTICE OF CRIMINAL FIREARM FORFEITURE**
**PURSUANT TO 18 U.S.C. § 924(d) AND 28 U.S.C. § 2461(c)**

Upon conviction of one or more of the offenses alleged in Counts Two and Three of this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: one .380 caliber Taurus handgun bearing serial number 1D040740, and ammunition.

Dated: March 29, 2021                              **A TRUE BILL**

                                                   /s/  Foreperson
                                                   **Foreperson**

JOHN J. FARLEY
Acting United States Attorney
District of New Hampshire


  /s/Aaron G. Gingrande
By: Aaron G. Gingrande
    Assistant U.S. Attorney